IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RONALD L. DONOWAY, | : |
| Plaintiff | : |
| | : |
| v. | : CIV. NO. AMD 97-4523 |
| | : |
| FREIGHT DRIVERS AND HELPERS | : |
| LOCAL UNION NO. 557 AND | : |
| ROADWAY EXPRESS, INC., | : |
| Defendants | : |

...oOo...

O R D E R

Plaintiff's Motion for Reconsideration of Award of Costs to Defendant Freight Driver's & Helpers Local Union 557 and defendant Roadway Express, Inc.'s Motion Pursuant to Rule 54(d)(1) to Review Action of Clerk Denying Costs, and the oppositions thereto, have been read and fully considered. In the exercise of an informed discretion, Roadway Express Inc.'s motion (Paper No. 46) is DENIED.

The Court having denied the motion filed by defendant Roadway Express, Inc., plaintiff's responsibility for the total costs of this action has thereby been reduced significantly, and no further reduction is appropriate. Accordingly, plaintiff's motion (Paper No. 47) is DENIED.

IT IS, therefore, this 9th day of December, 1999, by the United States District Court for the District of Maryland, SO ORDERED. The Clerk shall TRANSMIT a copy of this Order to counsel of record.

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

